**524**

### Ex parte Michael CHRISTY.
#### No. 24623.

Court of Criminal Appeals of Texas.
Oct. 26, 1949.

None on appeal for appellant.

A. C. Winborn, Cr. Dist. Atty., Houston, E. T. Branch, Asst. Crim. Dist. Atty., Houston, George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Relator has filed his affidavit, in accordance with the law, requesting that his appeal be dismissed, and it is so ordered.